**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6413**

_____

ERIC JOSEPH DEPAOLA,

              Plaintiff - Appellant,

        v.

LESLIE FLEMING, Major/Chief of Security; PUBLICATION REVIEW
COMMITTEE, Virginia Department of Corrections; TRACY RAY,
Warden, Red Onion State Prison; JOHN JABE, Deputy Director
of Operations, Virginia Department of Corrections; RICHARD
ROWLETTE,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:10-cv-00561-SGW-RSB)

_____

Submitted:  May 31, 2012              Decided:  June 6, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Joseph DePaola, Appellant Pro Se.  John Michael Parsons,
Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Joseph DePaola appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. DePaola v. Fleming, No. 7:10-cv-00561-SGW-RSB (W.D. Va. Jan. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED